U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at Knoxville

Date: April 24, 2025   Courtroom: 3A - Knoxville

Initial Appearance: ☑ Complaint ☐ Indictment ☐ SSI ☐ Information ☐ Violation Petition ☐ Rule 5

Other Hearing: ☐ Arraignment ☐ Arraignment on SSI

**Case No.** 3:25-mj-2093   **USA v.** Regan Darby Parker

Present Before: HONORABLE Jill E. McCook   U.S. Magistrate Judge

| C. Arrowood/A. Svolto | Nicholas Wallace | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant ☐ Appt. ☐ Retd. ☐ Ltd. App. | US Probation Officer |
| Mallory Dahl | ECRO | |
| Courtroom Deputy | Court Reporter / Digital Recording | Interpreter ☑ SWORN |

**PROCEEDINGS**:
- ☑ Financial affidavit executed   Court Appointed: ☑ Federal Defender or ☐ CJA Attorney
- ☐ Deft. retained an attorney   ☐ Deft. WAIVED appointment of an attorney
- ☐ Deft. advised of rights
- ☐ Deft. waived reading of Indictment/Information   ☐ Indictment/Information Read
- ☑ Deft. pleads not guilty on counts ALL   ☐ Deft. entered no plea
- ☐ Not guilty plea entered by Court on defendant's behalf
- ☐ Deft. requested a Preliminary Examination   ☐ Deft WAIVED the Rule 5 hearings
- ☑ Court UNSEALED case in its entirety   ☐ Case REMAINS sealed
- ☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET**:

Jury Trial: _____   Final Pretrial Conf.: _____
Detn Hrg: _____   Preliminary Examination: _____
Arraignment: _____   Motion Hrg: _____
Status Conf: 5/8/2025 at 1:30 pm   Other Hrg: _____
Revocation Hrg: _____

**DEADLINES SET**:

Discovery Ddl: _____   Reciprocal Discovery Ddl: _____
Motion Cut-Off: _____   Response Ddl: _____
Plea Ddl: _____   Other: _____

BOND:
- ☑ Government moved for detention
- ☑ Dft WAIVED detention hrg.   ☐ Detention hrg. set   ☐ Detention hrg. held at Initial Appearance
- ☐ Deft. released on Conditions of Release
- ☑ Deft. remanded to the custody of the U.S. Marshal

I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

DCR File: 325mj2093   Court time: 11:00 to 11:10