IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:25-MJ-2093 |
| REGAN DARBY PRATER, | ) ) | |
| Defendant. | ) ) | |

## WAIVER OF DETENTION HEARING

The Government requests detention under the Bail Reform Act, 18 U.S.C. § 3142. Under the Bail Reform Act, I understand and acknowledge that I have a right to a hearing to determine whether any condition or combination of conditions will reasonably assure my appearance as required and the safety of any other person and the community.

I HEREBY WAIVE (choose one):

☐ my right to a detention hearing.

☒ my right to a detention hearing at this time, but I reserve the right to move for a detention hearing at a later date.

☐ my right to a detention hearing at this time, but I reserve the right to move for a detention hearing at a later date in the district where charges are pending.

_____  4/24/25
DEFENDANT                Date

_____
COUNSEL FOR DEFENDANT