# UNITED STATES DISTRICT COURT
## for the
Eastern District of Tennessee

FILED
2025 APR 24 PM 3:36
US DISTRICT COURT
EASTERN DIST. TENN.

| | |
|---|---|
| United States of America<br>v.<br><br>Regan Darby Prater<br><br>_____<br>Defendant | )<br>)<br>) Case No. 3:25-MJ-**2093**<br>)<br>)<br>) |

**SEALED**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Regan Darby Prater,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 U.S.C. § 844(i) (Arson)

Date:   04/01/2025

_____
Issuing officer's signature

City and state:   Knoxville, Tennessee

Hon. Jill E. McCook, U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on *(date)* 4-1-25, and the person was arrested on *(date)* 4/24/25
at *(city and state)* Knoxville, TN.

Date: 4-24-25

_____
Arresting officer's signature

B. Myer  DUSM
Printed name and title

FID: 11195142
2574-0402-0805-J